**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

Claudia Bih Muna,

Petitioner,

v.

Eric Rokosky, et al.,

Respondents.

No. CV-26-07887-PHX-SMB

**ORDER**

Petitioner filed this action under 28 U.S.C. § 2241 challenging her redetention without notice and an opportunity to respond. (Doc. 1.) Respondents have responded in opposition. (Doc. 8.) On November 24, 2026, in compliance with General Order 26-09, Respondents filed a Notice of Imminent Removal. (Doc. 10.) Immediately thereafter, Petitioner filed a Motion for Temporary Restraining Order indicating that it appears she may imminently be removed to a third country.[1]

Petitioner's Motion must be denied because the Petition in this matter does not challenge third country removal and, as a result, the Court lacks the authority to grant relief on any such claim at this time. *Pac. Radiation Oncology, LLC v. Queen's Med. Ctr.*, 810 F.3d 631, 633 (9th Cir. 2015) ("When a plaintiff seeks injunctive relief based on claims not pled in the complaint, the court does not have the authority to issue an injunction.").

The Court will permit Petitioner to file an Amended Petition that raises a challenge

[1] Petitioner states that she was ordered removed from the United States, but also granted protection from removal to Cameroon. (Doc. 1.) In her Motion, Petitioner indicates that she may be removed to an unidentified third country without notice. (Doc. 11.)

to third country removal without due process and to file a motion for injunctive relief on that claim, if Petitioner desires to do so. If no Amended Petition is filed within seven days, the Court will rule on the original Petition.

**IT IS THEREFORE ORDERED** that Petitioner's Motion for Temporary Restraining Order (Doc. 11) is **denied without prejudice**.

**IT IS FURTHER ORDERED** that within **seven (7) days** of the date of this Order, Petitioner may file an Amended Petition and a renewed Motion for Temporary Restraining Order that raise a challenge to third country removal without due process.

Dated this 25th day of November, 2026.

Honorable Susan M. Brnovich
United States District Judge